CARROLL, TREMAYNE
(Name)

RJD, 480 ALTA ROAD
(Address)

SAN DIEGO, CA 92179
(City, State, Zip)

H73384
(CDCR / Booking / BOP No.)

U.S. District Court
Southern District of California
Received

JAN 1 0 2020

Pages: 23
Time: 2:18 PM
Initials: VC

# United States District Court
## Southern District of California

CARROLL, TREMAYNE
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

C/O TOELE, C/O SANCHEZ,
C/O RUCKER, C/O BUENROSTRO
C/O MEZA, SGT. OWENS, SGT. HAMPTON,
JOHN/JANE DOE 1-100
(Enter full name of each defendant in this action.)

Defendant(s).

'20 CV 0079 BAS RBM

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, CARROLL, TREMAYNE
(print Plaintiff's name)
_____, who presently resides at 480 ALTA ROAD
(mailing address or place of confinement)
SAN DIEGO, CA 92179 - _____, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at RJD
(institution/place where violation occurred) on (dates) 11/27/19, 12/23/19, and 2015-2020.
(Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>C/O TOELE, JOHN/JANE DOE(S)</u> resides in <u>SAN DIEGO</u>,
         (name)                                    (County of residence)
and is employed as a <u>CORRECTIONAL OFFICER, SUPERVISORS</u>. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>CORRECTIONAL OFFICER TOELE, CORRECTIONAL OFFICERS/SUPERVISORS</u>
<u>JOHN/JANE DOE(S) 1-100 IS/WAS EMPLOYED BY CDCR</u>
.

Defendant <u>C/O SANCHEZ, J., JOHN/JANE DOE(S)</u> resides in <u>SAN DIEGO</u>,
         (name)                                          (County of residence)
and is employed as a <u>CORRECTIONAL OFFICER, SUPERVISORS</u>. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>CORRECTIONAL OFFICER SANCHEZ, J., CORRECTIONAL OFFICERS/SUPERVISORS</u>
<u>JOHN/JANE DOE(S) 1-100 IS/WAS EMPLOYED BY CDCR</u>
.

Defendant <u>C/O RUCKER, JOHN/JANE DOE(S)</u> resides in <u>SAN DIEGO</u>,
         (name)                                    (County of residence)
and is employed as a <u>CORRECTIONAL OFFICER, SUPERVISORS</u>. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>CORRECTIONAL OFFICER RUCKER, T., CORRECTIONAL OFFICERS/SUPERVISORS</u>
<u>JOHN/JANE DOE(S) 1-100 IS/WAS EMPLOYED BY CDCR</u>
.

Defendant <u>SGT. HAMPTON, JOHN/JANE DOE(S)</u> resides in <u>SAN DIEGO</u>,
         (name)                                     (County of residence)
and is employed as a <u>CORRECTIONAL SEARGANT, OFFICERS/</u>. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: <u>CORRECTIONAL SEARGANT HAMPTON IS/WAS EMPLOYED BY</u>
<u>CDCR ALONG WITH JOHN/JANE DOE(S) 1-100</u>
.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

IN RETALIATION FOR ME REPORTING BEING THE VICTIM OF EMPLOYEE SEXUAL MISCONDUCT, C/O TOELE LEFT ME HANDCUFFED IN THE CELL (RJD, B6-135) FROM THE MORNING OF 11/27/19 - EVENING OF 11/29/19. JOHN/JANE DOE(S) 1-100 CAME TO CELL B6-135 OVER (100) TIMES DURING THIS CRUEL AND UNUSUAL PUNISHMENT AND REFUSED TO TAKE OFF THE HANDCUFFS THAT WERE VISIBLE. RJD KNEW THE HANDCUFFS WERE MISSING, AS THEY'RE INDIVIDUALLY CHECKED OUT BY STAFF AND MUST BE CHECKED IN BEFORE STAFF IS ALLOWED TO LEAVE WORK. I NEED THE VIDEO FOOTAGE FROM THIS TIME SPAN AND THE WORK-LOG FOR B6 DURING THAT SPAN TO NAME JOHN/JANE DOE(S) 1-100. I SUFFERED PHYSICAL (FINGERS, HANDS, WRISTS, ARMS, SHOULDERS, NECK, BACK, HEAD) INJURIES AND WAS DENIED MEDICAL TREATMENT. I HAD TO SIT IN MY OWN URINE/FECES AS THERE WAS NO WAY TO CLEAN MYSELF. I SUFFERED EMOTIONAL AND PSYCHOLOGICAL DAMAGES AS WELL.

Count 2: The following civil right has been violated: <u>CRUEL AND UNUSUAL PUNISHMENT</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

IN RETALIATION FOR ME HAVING (PAST) BEEN VICTIM OF EMPLOYEE SEXUAL MISCONDUCT OF RJD PSYCH TECH MAYGAR AND DR. CALDERON AND OTHER RJD STAFF, ALL OF WHICH I REPORTED; OFFICER SANCHEZ, J FALSIFIED AN RVR AGAINST ME. C/O SANCHEZ, C/O RUCKER, PT MAYGAR, C/O MEZA, C/O BUENROSTRO, SGT. HAMPTON, SGT. OWENS AND OTHER RJD STAFF (JOHN/JANE DOE 1-100) FALSIFIED DOCUMENTS LABELING ME A SEX OFFENDER AND GAVE THEM TO INMATES ALONG WITH TELLING THEM I'M A SNITCH, CHILD MOLESTER AND OTHER FALSEHOODS. ON 12/23/19, THEY TOLD INMATE/PATIENT TEGLIA IF HE HITS ME IN THE HEAD WITH A BOULDER/ROCK AND GETS ME OFF THE YARD, THEY WOULD PROVIDE HIM WITH A CELLPHONE, TOBACCO, DRUGS AND THAT HE WOULDN'T BE CHARGED WITH A CRIME. AT APPROXIMATELY 1300 HOURS ON 12/23/19, I/P TEGLIA BASHED IN THE BACK OF MY HEAD ON BOTH SIDES WITH A BOULDER, WAS REWARDED WITH CONTRABAND FROM C/O SANCHEZ, C/O RUCKER, PT MAYGAR AND OTHERS. HE WASN'T CHARGED WITH A CRIME NOR PLACED IN AD-SEG. I SPENT (2) DAYS IN UCSD HOSPITAL. THE BOULDERS/ROCKS ON THE RECREATION YARDS AT RJD SERVE ONE PURPOSE ONLY, TO BE USED AS WEAPONS. I'M JUST ONE OF MANY WHO'S SUFFERED ATTEMPTS ON OUR LIVES AT RJD WITH THESE SAME BOULDERS.

Count 3: The following civil right has been violated: CRUEL AND UNUSUAL PUNISHMENT
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

WHILE HOUSED AT RJD IN ASU, CTC I'VE HAD TO GET ON/OFF THE FLOOR TO GET IN/OUT OF CELL(S) DUE TO RJD NOT HAVING CELLS BIG ENOUGH FOR MY WHEELCHAIR AND ME BEING WHEELCHAIR BOUND (DPW). I NEED VIDEO FOOTAGE OF ALL OF MY TIME AT RJD TO SHOW THIS ON CAMERA. ADDITIONALLY, I'VE SUFFERED MULTIPLE FALLS IN MY WHEELCHAIR WHILE ON STATE VEHICLES. THE WHEELCHAIR MANUFACTURER (DRIVE) CLEARLY STATES IN THERE FACTORY WARNING THAT THEIR WHEELCHAIRS AREN'T TO BE USED AS SEATS IN ANY VEHICLES. RJD IS AWARE OF THIS BUT FEELS ITS ABOVE THE LAW. I WAS NEVER PROPERLY SECURED, RJD IS TRYING TO COVER ALL OF THIS UP

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: _____
_____
_____
_____
_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ?  ☒ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

RJD IS THROWING AWAY MY APPEALS AND MY LIFE IS IN IMMINENT DANGER IF HOUSED ANYWHERE AT RJD (INCLUDING RJD-ASU), KVSP, CMF, SVSP, COR, HDSP, SATF OR GREEN WALL FACILITIES THAT PETITIONER IS REQUESTING RESTRAINING ORDERS FROM

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): C/O TOELE, C/O SANCHEZ, J., C/O RUCKER, JOHN/JANE DOE(S) 1-100, RJD/KVSP/CMF/HDSP/SVSP/COR/ SAFF/LAC STAFF FROM HANDLING PETITIONER IN ANY MANNER.

2. Damages in the sum of $ 2,000,00.

3. Punitive damages in the sum of $ 2,000,000.

4. Other: PHYSICAL, EMOTIONAL, PSYCHOLOGICAL DAMAGES $2,000,000 WITH RIGHT TO AMEND DAMAGES AND COMPLAINT.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

01/09/20
Date

_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 8/15)

7

EX "A

1 Carroll T

2 CSP-RJD-Fac_ A_1_121

3 480 ALTA Rd.

4 San Diego,CA.92179

5 CDCR# H-73384

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL, T.<br>　　Petitioner,.<br><br>　　vs.<br><br>CALIFORNIA DEPT OF CORRECTION<br>ET AL,.　　Respondent's | Case No._____<br>PETITION FOR WRIT OF MAN-DATE<br>AND PETITION FOR PRELIMI-NARY INJUNCTIVE RELIEF,<br>AND TEMPORARY RESTRAINING ORDER,(TRO) & MOTION FOR COUNSEL, 28.U.S.C.§1915(g)<br>MOTION TO COMPEL. |

INTRODUCTION

1. Now Comes The Petitioner, Carroll, Whos Under The American Disability Act. (ADA) & 504 Rehabilitation Act.

2. Petitioner, is an indigent & Hearing impaired and confind while chaire bound inmate.

3. Patient is also in the Mental Health Delivery System,(EOP). Level of Care, Who suffers from Symtoms associated with "CTE", "RTS", & "PTSD",

STATEMENTS OF THE FACTS

Petitioner, Contends and Alledges that his life is in imminent Danger, Pursuant to 28.U.S.C.§1915(g). As it would be at R.J.D, & KVSP, CMF,MCSP, & SVSP). As It is well Documented, As another inmate tryed to kill him with a real Knife, Provided By R.J.D. Staff, on 12-31-2019. This after an attemp was made on his life on 12-23-

1

2019, as he was bashed in the head with large rock multable times which subsequently land him in the Hospital. On the morning of 11-27-2019- afternoon of 11-29-19, Petitioner was left handcuffed in the cell B-6-135. It is known/and documented that it Maygar, c/o Sanchez, c/o Rucker, c/o Lopez, SGT Hampton, SGT.Owens, c/o Mendez and other prison officials have solicited inmates with controband and promises of no disciplinary action to attack and harm with the intent to kill petitioner. Several inmates and staff members want to come forward, But are afraid to do so under the code of silence, and retaliation due to the Green wall that stills exsist behind the Walls of (CDCR). See. EX-A- of 115 dated: ___ ___ ___ while the Warden Pollard and AW Benyard are committed to clean up the corruption and reputation of R.J.D. Some messes are impossible to clean. RJD Appeals has refused to log any of the Petitioners 602's/ Grievances, For those reason I'm Requesting (TRO) & to compel the Warden force the Appeals coodenator to file and Log all of the Petitioner's complaints. He has at this apoint no available administartive appeals process. which in violation of his First Amendment. And the Mail Room is comspiring with their co-workers by failing to provide the petitioner with a copy of the 119 legal incoming & out going legal mail. which would show that i have complyed with attempts in trying to Exhaust administrative remedies. The court should take Judicial Notice And referr to the 115 as it shows that the prison officials, saw the inmates assault me with this rock and failure to protect, but instead did nothing to stop this. Now that all the prison official see that the warden refues to move me from this ongoing danger, the staff has now conspired to file irronious diciplinary 115 by now falsifing documents.

and RVR'S. in their effort to destroy petitioner's chances at parole as a non-violent/ non-serious 3rd striker whos two prior strikes are from a single Juveniel conviction- RJD staff, who has conspired with other prison's which includes but not limited to: KVSP, SVSP, CMF, MCSP STAFF. Prison officials has falsified document depicting petitioner as a sex offender to encourage staff & inmates to attack his liberties/ person & property-- none of which is new-- As CDCR records show that these attacks against the petitioner at multable prison has been going on for Yrs. No state/ Federal/ nor Detainee, Under the united-State Constitution shall be subject to be deprived of any Law prohibiting by the Eighth Amendment or psychological torture, And dilibarte indifference to to the Safty of An American Citizen, Nor violate of CDCR (PREA) Policy, And (ADA) Statues, Colman v. Armstrong, Plata, Clark- Nor Human Rights, and diliberley failing to protect, As Mr. Carroll contenues to suffers relaiation And Staff Misconduct, and Conspiracy cause all types of criminal harm, that violates "ALL CDCR Policies.

  Petitioner Request that this court Takes Judicial Notice Requesting to take action to prevent further retaliation and cofirm these alligation with the Warden, and with swift Justice by fully granting this Petition, And That all parties be held liable to plaintiff's Damages, and any thing Deem Proper.

## OTHER MATTERS

To The Hon. Judge of the Court Please Take Notice.
I can't say My Name in fear of Retailation, But I am awere of the ongoing things that this Prisoner has endured. I Do Believe that If You Don't remove this inmate from this Prison He May end up

3

1  They contenue to write him up with Bogus RVR'S, to make Sure that
2  He remain on Level VI'S, leaving him no where that he could go to
3  be safe.
4     All though this Prisoner Has Level 4 points, The courts Must
5  Grant his Preliminary Injunctive order, ORDERING A SPECIAL Housing
6  Order. I Do Believe that He May Be Safe at Stokton.
7     Every thing I say is true and Correct.
8  I state Under Penalty Of PerJury that this is True and Correct
9
10 Date:                           X Unknown for my Own safty reasons.

4

EX " B

TO: CDCR Director, CDCR Secretary, CDCR Chief Medical Executive, Ombudsperson, OIG, OIA, Just Detention International, RJD Warden Paramo, Gov. Brown, CSP-LAC Warden, HDSP Warden, SVSP Warden, Chief Warden

FROM: Carroll, Tremayne #H73384

RE: PREA Violations, ADA Discrimination, Human Rights Violations, Failure to Protect, HIPPA Violations

DATE: May 2018

To Whom it Should Concern:

Inmate/Patient/Petitioner is a mentally/physically disabled plaintiff in pending lawsuit against the above listed in their individual & supervisory capacities. I/p Carroll is protected by the United States Constitution & guidelines under the ADA based on his mobility impairment & complete deafness who's continuously retaliated against by the State of California while falsely imprisoned in CDCR for reporting being the victim of employee sexual misconduct.

Foremost, i/p Carroll qualifies for resentencing under Prop. 36, Prop. 47, Varges, Prop. 57, SB9, SB261 & the natural & probable cause statutes. I/p Carroll's (2) prior strikes are from "one" juvenile conviction & his current 25-to-life sentence is for a non-violent/non-serious aiding grand theft property.

While housed at RJD in 2016, i/p Carroll reported to his doctor (Dr. Calderon, who eventually sexually assaulted him), RJD warden Paramo & ISU Lt. Hernandez that he was set-up by c/o Navarro. Specifically reporting that c/o Navarro gave him a cellular phone & DVD player & told him the payment was for i/p Carroll to find other inmate/patients to attack/stab (2) doctors of arab descent & for i/p Carroll to record & forward to c/o so he could sell the footage. Additionally reporting that c/o Navarro had phone & DVD player confiscated with falsified RVR & telling all inmate/patients that i/p Carroll was a child molester causing i/p Carroll to fell helpless/hopeless & becoming suicidal.

Subsequently, c/o Navarro & other hispanic officers who operate under a new version of the "green wall" have made it impossible to safely program on any CDCR facility. They've solicited inmates with contraband to contact inmates in every facility to attack i/p Carroll on sight & for officers associated with the "brown wall" to falsify rules violation reports & make his life a living hell at every stop & both have been done.

C/o Anibal Navarro was later arrested for similar crimes, yet i/p Carroll has been set-up with numerous falsified rules violation reports & been attacked both physically & sexually by CDCR staff & inmates at RJD, CHCF, KVSP, CMF & CSP-LAC; responsibly reporting each incident appropriately although CDCR has used its usual circumvention tactics of throwing away complaints and/or cancelling them.

While housed at HDSP i/p fell into a ditch in his wheelchair. A ditch that was left uncovered by construction crews who were there to repair the prison grounds after the OIG ordered HDSP to transfer away all inmates with mobility devices. I/p Carroll was later issued a falsified RVR & placed in Ad-Seg after being so severely beaten by staff he had to be transported to a a hospital. I/p Carroll went

to the hospital (2) additional times for suicide attempts.

While housed at CHCF, i/p Carroll was sexually assaulted by (2) officers & later taken to the hospital for sexual assault exam where he was threatened by one of the officers. Being taken back to CHCF officers intentionally left his wheelchair unsecured & drove with the intent on injuring him & accomplished their goal by causing his wheelchair to tip over, the fall knocking him unconcious. Then CHCF staff placed him in a cell with exposed electrical wires causing him to be electrocuted & suffering a seizure.

Since being housed at CSP-LAC, i/p Carroll suffered injury & seizure while falling in his wheelchair on facility D attempting to get some water where there are no ramps where CSP-LAC is out of compliance with ADA guidelines. I/p Carroll is also being discriminated against by CSP-LAC denying him sign language classes or establishing effective communication although he's now completely deaf.

With the falsified sex offender/child molester allegations made and spread by CDCR staff, its impossible for i/p Carroll to safely be housed on any CDCR prison yard, as CDCR green wall, brown wall and all prison gangs have a "green light" to kill him. I/p Carroll's case should be referred to Departmental Review Board & considered for placement in a federal prison and/or alternative housing.

Equally important, i/p Carroll should be granted a parole board hearing under SB261 since both of his prior strikes are from one juvenile conviction & his 25-to-life sentence is a direct consequence of his juvenile strikes. CDCR denying fair hearing is more blatant evidence of retaliation & discrimination.

I/p Carroll has tried to address each issue via institutional policy(s) but been met with circumvention tactics so he asks for individual response(s) from the addressees to show he's still attempting to exhaust administrative remedies.

P.S.
Although natural & probable consequence clause "currently" applies to murder, it should apply to all crimes in which defendants are charged as an aider or accomplice. My case in particular fits this clause.

P.S.S.
CDCR, i/p Carroll is formally requesting copies of all medical incident reports, 602's & RVR's related to all the above.

TO: CDCR Secretary, CDCR CMO, CDCR Chief Mental Health Examiner, CA Governor, CA Attorney General, Prison Law Office, Coleman Project Team, I.G., CSP-LAC Warden, Ombudsman/Woman, BPH

RE: Discrimination, Retaliation, ADA Violations

May 01, 2018

To Whom it should concern:

Petitioner/Plaintiff/Inmate/Patient Carroll, T. (H73384) contends that he is falsely imprisoned in CDCR's mental health delivery system at the EOP level of care and is being discriminated against for his hearing impairment and wheelchair usage, in violation of the Americans With Disabilities Act, Equal Protection Rights and CDCR's PREA policy. This discrimination is in part retaliation for i/p Carroll reporting being the victim of employee sexual misconduct.

In 2016, i/p Carroll was illegally housed at CDCR's HDSP. Upon discharge from CMF/DSH, i/p Carroll was transferred to HDSP although HDSP was ordered to remove all inmates with mobility issues until completion of construction to get in compliance with ADA regulations per IG. Per CDCR policy, inmate/patients who are discharged from DSH must remain in EOP for a minimum of (180) days and HDSP has no EOP. I/p Carroll attempted suicide twice while at HDSP between 08/10/16-09/25/16, before suffering serious injury falling into a ditch left open by construction crews hired by CDCR to create clear path of travel. All of this after making several unanswered complaints regarding the dangerous grounds.

Since arriving at CSP-LAC in October 2017, i/p Carroll has filed several unanswered complaints avout the unsafe grounds and the need for CSP-LAC to get in compliance with the ADA. I/p Carroll suffered severe injury on the CSP-LAC yard while attempting to access urinal/water area, which has no ramps for wheelchair users.

I/p Carroll is now completely unable to hear and has made continuous reasonable requests to be provided with sign language classes and an interpreter for effective communication. Being unable to hear hinders i/p Carroll's opportunity to positive program towards parole suitability and earn good time/work credits. This is blatant discrimination and violates equal protection rights.

Additionally, CDCR has falsely labeled i/p Carroll a sex offender with l/a against monor when there's absolutely no record of this. This egregious and dangerous act by CDCR has limited his opportunity for positive programs and is a direct result of his denial of resentencing on prop. 36. It has also resulted in i/p Carroll being targeted by CDCR staff falsifying rules violation reports (RVR's) and other inmates assaulting him. I/p Carroll was the only minor involved in his two strike case, in which he was never tried nor convicted of any sex acts.

I/p Carroll is being denied medical treatment, mental health treatment, access to courts, access to law library, positive program, exercise yard, canteen, food/dining hass, visiting, etc... as CSP-LAC has no safe/clear path of travel to any of the above so i/p has to risk serious injury and/or death everytime he exits his cell.

1

Based on this document, i/p Carroll considers suicide as his only option because he's done everything at his disposal to address these issues thru appropriate avenues. However, since i/p has reported being the victim of employee sexual misconduct and is falsely labeled a sex offender, CDCR has done everything in its power to discriminate against him by circumventing his due process rights.

_T. Carroll_, #H73354

VIOLATIONS:
CDCR's PREA Policy 115.67
CCR 3401.5
Plata, Armstrong, Coleman
1st, 4th, 5th, 8th, and 14th Amendment(s)

2