UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL,<br><br>                            Plaintiff,<br><br>vs.<br><br>C/O TOELE, et al.,<br><br>                          Defendants. | Case No.: 3:20-cv-00079-BAS-RBM<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT (ECF No. 25)** |

      Pending before the Court is a Request for Extension of Time to File a Third Amended Complaint. (ECF No. 25.) This civil rights action was originally filed by Plaintiff *pro se*. (ECF No. 1.) Plaintiff has since retained counsel, who filed his Notice of Appearance on December 3, 2020. (ECF No. 23.) The Court previously granted counsel until January 25, 2021, to file a Third Amended Complaint on Plaintiff's behalf. (ECF No. 24.)

      On January 25, 2021, Plaintiff's counsel requested an additional thirty-days in which to comply with the Court's deadline. Counsel attests that he has not had adequate time to consult with Mr. Carroll or to perform an independent fact investigation with respect to his claims. (ECF No. 25 at 1.) Counsel requests a short extension in which to determine whether certain claims against Defendants other than Toele should be included in the Third Amended Complaint. (*Id.*)

1

...

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the court may grant an extension of time for "good cause" if the moving party requests the extension before the applicable deadline expires. It is within the court's discretion to determine whether to grant an extension under the circumstances. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1255 (9th Cir. 2010) (noting the district court's wide discretion to extend time under Rule 6(b) in the context of case management and its obligation "to secure the just, speedy, and inexpensive determination of every action" (citation and internal quotation marks omitted)); *accord Turner v. Tierney*, 678 F. App'x 580, 581 (9th Cir. 2017).

Good cause appearing, the Court **GRANTS** Plaintiff's Request for Extension of Time (ECF No. 25) and **DIRECTS** counsel to file a Third Amended Complaint on or before **March 24, 2021**.[1]

**IT IS SO ORDERED**.

**Dated: February 11, 2021**

Hon. Cynthia Bashant
United States District Judge

---

[1] While Plaintiff is now represented by counsel, he still proceeds *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). (*See* ECF No. 8.) Therefore, should counsel seek the assistance of the U.S. Marshal in effecting service upon the Defendants named as parties in Plaintiff's Third Amended Complaint, he must include a request for that service pursuant to Fed. R. Civ. P. 4(c)(3).

2

3:20-cv-00079-BAS-RBM